JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE: DAVID CHEY                    )        Case No. SA CV 10-01177-RGK
                                     )
                                     )        ORDER DISMISSING ACTION FOR
                                     )        LACK OF PROSECUTION
_____    )

On December 13, 2010, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. As of this date, no response has been filed. Therefore, the case is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: APR 2 8 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE